Certificate Number: 15317-NJ-DE-033208991

Bankruptcy Case Number: 19-18716



15317-NJ-DE-033208991

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2019</u>, at <u>1:43</u> o'clock <u>PM PDT</u>, <u>Alice A Wray</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>August 5, 2019</u>                By:    <u>/s/Madelyn Kotb</u>

                                            Name:  <u>Madelyn Kotb</u>

                                            Title:  <u>Counselor</u>