Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 19-18716 (ABA)**

Alice A. Wray  
235 West Maple Avenue  
Wildwood, NJ  08260

Monthly Payment: $696.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/29/2019 | $643.00 | 07/02/2019 | $643.00 | 08/01/2019 | $643.00 | 09/03/2019 | $643.00 |
| 10/04/2019 | $643.00 | 11/04/2019 | $696.00 | 12/11/2019 | $696.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALICE A. WRAY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRIAN S. THOMAS, ESQUIRE | 13 | $2,700.00 | $2,700.00 | $0.00 | $2,700.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DITECH FINANCIAL, LLC | 24 | $33,541.88 | $1,537.35 | $32,004.53 | $895.64 |
| 3 | EOS CCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | KML LAW GROUP, PC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | BRIAN S. THOMAS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | BRIAN S. THOMAS | 0 | $531.00 | $0.00 | $531.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2019 | 4.00 | $0.00 |
| 09/01/2019 | Paid to Date | $2,572.00 |
| 10/01/2019 | 55.00 | $696.00 |
| 05/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,607.00 |
| Total paid to creditors this period: | $3,595.64 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $749.00 |
| Attorney: | BRIAN S. THOMAS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**