| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on September 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Alice A. Wray<br>          Debtor. | Chapter 13<br><br>Case No. 19-18716-ABA<br><br>Hearing Date: September 1, 2020<br><br>Judge Andrew B. Altenburg Jr. |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: September 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Alice A. Wray
Case No.: 19-18716-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC as servicing agent for MEB Loan Trust IV ("Creditor"), whereas the post-petition arrearage was $9,251.46 as of August 17, 2020, and whereas the Debtor and Creditor seek to resolve the Motion, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **235 Maple Avenue West, Wildwood, NJ 08260** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall cure the post-petition arrearage in the amount $9,251.46 on or before September 16, 2020; and

    b. Resume making the ongoing contractual payments directly to Creditor on or before September 3, 2020 and continuing thereon as each payment becomes due; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees in the amount of $350.00 and costs in the amount of $181.00 respectfully to be paid as an administrative claim through the Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Brian S. Thomas* | */s/Gavin N. Stewart* |
| Brian S. Thomas, Esq. | Gavin N. Stewart, Esq. |
| 327 Central Ave | Stewart Legal Group, P.L. |
| Suite 103 | 401 East Jackson Street, Suite 2340 |
| Linwood, NJ 08221 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |