Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–18716–ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alice A. Wray
   235 West Maple Avenue
   Wildwood, NJ 08260

Social Security No.:
   xxx–xx–2797

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  December 8, 2020
Time:                 10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*35* – Certification in Opposition to (related document:33 Creditor's Certification of Default (related document:30 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV. Objection deadline is 11/13/2020. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV) filed by Brian S. Thomas on behalf of Alice A. Wray. (Thomas, Brian)

and transact such other business as may properly come before the meeting.


Dated: November 16, 2020
JAN: kaj

                                                                              Jeanne Naughton
                                                                                Clerk