UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Alice A. Wray
                               Debtor.

Order Filed on December 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-18716-ABA

Hearing Date: December 8, 2020

Judge Andrew B. Altenburg Jr.

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Alice A. Wray
Case No.: 19-18716-ABA
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for MEB Loan Trust IV ("Creditor"), whereas the post-petition arrearage was $14,085.08 as of December 7, 2020, and whereas the Debtor and Creditor seek to resolve the COD, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **235 Maple Avenue West, Wildwood, NJ 08260** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall pay directly to Creditor the entire post-petition arrearage in the amount $14,085.08 on or before December 15, 2020; and

    b. Resume making the ongoing contractual payments directly to Creditor on or before January 3, 2021 and continuing thereon as each payment becomes due; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a proposed order lifting the automatic stay imposed under 11 U.S.C. § 362(a)

and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Brian S. Thomas* | */s/Gavin N. Stewart* |
| Brian S. Thomas, Esq. | Gavin N. Stewart, Esq. |
| 327 Central Ave | Stewart Legal Group, P.L. |
| Suite 103 | 401 East Jackson Street, Suite 2340 |
| Linwood, NJ 08221 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 19-18716-ABA
Alice A. Wray                                        Chapter 13
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 2
Date Rcvd: Dec 09, 2020                  Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID**             **Recipient Name and Address**
db                    +    Alice A. Wray, 235 West Maple Avenue, Wildwood, NJ 08260-2307

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020                              Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:**

**Name**                                 **Email Address**

Aleisha Candace Jennings
                          on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com

Brian S. Thomas
                          on behalf of Debtor Alice A. Wray brian@brianthomaslaw.com

Denise E. Carlon
                          on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                          on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV bk@stewartlegalgroup.com

Isabel C. Balboa
                          ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                          on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 09, 2020 Form ID: pdf903 Total Noticed: 1

Rebecca Ann Solarz
      on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8