Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mt. Laurel, NJ 08054-4318
(856) 813-1700
**Attorneys for the Mortgagee**
File No. 108104B

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re:

    Alice A. Wray

    Debtor

:    **CASE NO. 19-18716-ABA**

:    **CHAPTER 13**

:    **ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS, ETC.**

:

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, *Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee*, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

| | |
|---|---|
| PLUESE, BECKER & SALTZMAN, LLC<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 08054-4318<br><br>/s/ Rob Saltzman<br>Rob Saltzman, Esquire<br>Attorney for Secured Creditor,<br>*Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee* | *Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee*<br>c/o<br>Gregory Funding LLC<br>P.O. Box 230579<br>Tigard, OR 97281-0579 |

DATED: January 13, 2022